DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

26 JANUARY 2017

| 455P16 | State v. William Sheldon Howell | 1. State's Motion for Temporary Stay (COA16-303) | 1. Allowed **12/20/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 458P16 | State v. Danny Wayne Powell | Def's PDR Under N.C.G.S. § 7A-31 (COA16-499) | Denied |
| 459P16 | State v. James Howard Killian | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA16-268) | 1. |
| | | 2. Def's Motion for Temporary Stay | 2. Allowed **12/22/2016** |
| | | 3. Def's Petition for *Writ of Supersedeas* | 3. |
| 464P16 | State v. Terril Courtney Battle | 1. State's Motion for Temporary Stay (COA16-355) | 1. Allowed **12/22/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 465P16 | State v. Christopher Angelo Whitehead | 1. State's Motion for Temporary Stay (COA16-294) | 1. Allowed **12/22/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| 482P13-2 | State v. Carl Lynn Williams | Def's *Pro Se* Motion for PDR (COAP16-323) | Denied |
| 499P10-2 | State v. Damien Lanel Gabriel | 1. Def's *Pro Se* Motion for Review of the Appellate Court's Decision (COAP16-535) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |